# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BONNIE POLLEY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01458-APG-VCF<br><br>**ORDER** |

**I.　DISCUSSION**

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, and filed two applications to proceed *in forma pauperis*. (Dkt. # 1-1, 3, 4). Pursuant to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. Failure to comply with this rule may result in dismissal of this action with prejudice.

**II.　CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely comply with this order may result in dismissal of this action with prejudice.

**IT IS FURTHER ORDERED** that if Plaintiff does timely comply with this order, the District Court shall screen Plaintiff's complaint.

Dated: January 26, 2016.

_____
UNITED STATES DISTRICT JUDGE