# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>       Plaintiff,<br><br>v.<br><br>BONNIE POLLEY, et al.,<br><br>       Defendants. | Case No. 2:15-cv-01458-APG-VCF<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 17) |

Plaintiff Abdul Howard moves for default judgment under Federal Rule of Civil Procedure 55. As I previously explained in a prior minute order (ECF No. 16), a default judgment can be entered only against a defendant who has been defaulted for not appearing. *See* Fed. R. Civ. P. 55(b)(1). Thus, Howard first must move for entry of default against the defendants under Federal Rule of Civil Procedure 55(a) before he may seek a default judgment against them. Howard has not done so.

IT IS THEREFORE ORDERED that plaintiff Abdul Howard's motion for entry of default judgment **(ECF No. 17) is DENIED** without prejudice as premature.

DATED this 3rd day of August, 2016.

                                                                                  _____
                                                                                  ANDREW P. GORDON
                                                                                  UNITED STATES DISTRICT JUDGE