# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ABDUL HOWARD,

        Plaintiff,

vs.

BONNIE POLLEY,

        Defendant.

2:15-cv-01458-APG-VCF

**ORDER**

Before the Court are the Motion for Leave re Interrogatories (ECF No. 28), Motion for Production (ECF No. 29), and Motion to Obtain Attorney Fees (ECF No. 30).

IT IS HEREBY ORDERED that a hearing on Motion for Leave re Interrogatories (ECF No. 28), Motion for Production (ECF No. 29), and Motion to Obtain Attorney Fees (ECF No. 30) is scheduled for 1:00 PM, May 3, 2017, in Courtroom 3D.

DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE