# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>BONNIE POLLEY,<br><br>        Defendant. | 2:15-cv-01458-APG-VCF<br>**ORDER** |

    Before the Court are the motion to remove pro bono counsel. (ECF No. 46).

    IT IS HEREBY ORDERED that a hearing on motion to remove pro bono counsel (ECF No. 46) is scheduled for 1:00 PM, May 3, 2017, in Courtroom 3D.

    DATED this 20th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE