# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ABDUL HOWARD,

        Plaintiff,

vs.

BONNIE POLLEY,

        Defendant.

2:15-cv-01458-APG-VCF

**ORDER**

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: WARDEN OF CLARK COUNTY DETENTION CENTER, LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that **Abdul Howard, #1896061**, is presently in custody of the Clark County Detention Center, located at 330 South Casino Center, Las Vegas, Nevada.

IT IS HEREBY ORDERED that the Warden of Clark County Detention Center, or his designee, shall transport and produce **Abdul Howard, #1896061**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about, **May 24, 2017, at the hour of 1:00 p.m., in LV Courtroom 3D** to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, Abdul Howard, #1896061, is released and discharged by the said Court; and that the said Abdul Howard, #1896061 shall thereafter be returned to the custody of the Warden of Clark County Detention Center, under safe and secure conduct.

DATED this 3rd day of May, 2017.

                                                                _____
                                                                CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE