# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ABDUL HOWARD,

    Plaintiff,

vs.

BONNIE POLLEY, *et al.*,

    Defendants.

2:15-cv-01458-APG-VCF

**ORDER**

Before the Court is Defendant Bonnie Polley's Motion for Reconsideration (ECF No. 52). The court has considered the issues raised in this motion and has reviewed Plaintiff's Motion for Pro Bono Attorney to be Removed (ECF. No. 46) as well as Attorney Daren Welsh's Non-Opposition (ECF No. 49).

Good Cause Appearing, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Pro Bono Attorney to be Removed (ECF No. 46) is GRANTED IN PART. Darren J. Welsh's Pro Bono representation of plaintiff is terminated;

2. The hearing set for May 24, 2017, is VACATED;

3. The Court's Order to transport Plaintiff to attend that hearing is also VACATED; and

4. The Motion for Reconsideration is DENIED as moot.

DATED this 15th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE