# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>BONNIE POLLEY *et al.*,<br><br>        Defendants. | 2:15-cv-1458-APG-VCF<br>**ORDER** |

The Court has reviewed Defendants' Motion for Leave to Take the Deposition of Abdul Howard, an Incarcerated Person (ECF No. 57) and Plaintiff's opposition (ECF No. 62).

Defendants request leave to take Plaintiff's deposition, who is currently incarcerated at Clark County Detention Center located in Las Vegas, Nevada, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. Rule 30(a)(2) requires a party to seek leave of court to depose an incarcerated individual. The Court finds that Defendants have established good cause to grant its motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to Take Deposition of an Incarcerated Person (ECF No. 57) is GRANTED.

DATED this 8th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE