# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ABDUL HOWARD,

        Plaintiff,

vs.

BONNIE POLLEY, *et al.*,

        Defendants.

2:15-cv-01458-APG-VCF

**ORDER**

Before the Court is Abdul Howard v. Bonnie Polley, et al., case number 2:15-cv-01458-APG-VCF.

IS IT HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, September 7, 2017, in Courtroom 3D.

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE