ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
*Bonnie Polley*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>BONNIE POLLEY, CLARK COUNTY DETENTION CENTER, SHERIFF LOMBARDO, ET AL., (JOHN DOE) # M4707A, PEGGY E. MARTINEZ # FSD ARH 002, THE STATE OF NEVADA<br><br>    Defendants. | CASE NO. 2:15-cv-1458-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING THE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION RE LIBEL & SLANDER (ECF # 61) AND PLAINTIFF'S MOTION RE HIPPA VIOLATION (ECF#63)**<br><br>**First Request** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file a Response to Plaintiff's Motion re Libel & Slander (ECF #61) and Plaintiff's Motion to the Court that Defendants Violated the HIPPA Act (ECF #63) in the above-captioned case, currently due November 3, 2017, for ten (10) days, up to and including November 13, 2017.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant needs additional time to complete Defendants' Responses to Plaintiff's motions in this matter, as he has been preparing for and attending depositions the week of October 30, and completing a summary judgment motion in *Banner v. LVMPD*, 2:16-cv-1717-

4828-0113-3395.1

RFB-CWH, due on November 6, 2017.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their responses to Plaintiff's motions by ten (10) days from the current deadline of November 3, 2017 up to and including November 13, 2017.

DATED this 1st day of November, 2017.

LEWIS BRISBOIS BISGAARD & SMITH

*/s Noel E. Eidsmore*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Bonnie Polley*

DATED this 1st day of November, 2017.

MORRIS LAW GROUP

*/s/ Akke Levin*
Akke Levin, Esq.
Nevada Bar No. 9102
Ryan M. Lower, Esq.
Nevada Bar No. 9108
411 E. Bonneville Avenue
Suit 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 2nd day of November, 2017.

_____
U.S. MAGISTRATE JUDGE