MORRIS LAW GROUP
Akke Levin, NV Bar No. 9102
Ryan M. Lower, NV Bar No. 9108
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422
Email: al@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Plaintiff
ABDUL HOWARD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ABDUL HOWARD,

          Plaintiff,

v.

BONNIE POLLEY, et al.,

          Defendants.

) Case No.: 2:15-cv-01458-APG-VCF
)
)
) **STIPULATION AND ORDER TO**
) **EXTEND THE DEADLINE FOR**
) **PLAINTIFF TO FILE A REPLY**
) **TO DEFENDANT'S**
) **OPPOSITION TO PLAINTIFF'S**
) **MOTIONS RE (1) LIBEL &**
) **SLANDER AND (2) VIOLATION**
) **OF HIPPA ACT (ECF #77)**
)
) **(SECOND REQUEST)**

Pursuant to LR IA 6-1, LR II 7-1 and LR II 26-4, the parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for Plaintiff to file a Reply to Defendants Opposition (ECF #77) to Plaintiff's Motion re Libel & Slander and Plaintiff's Motion to the Court that Defendants Violated the HIPPA Act. The Reply is currently due Monday, November 20, 2017.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay, and based upon the following:

Counsel for Plaintiff needs additional time because of several unexpected deadlines in two other cases, which consumed her time in the week of November 13, and leave only three court days in the coming week due to the Thanksgiving holidays.

WHEREFORE, the parties respectfully request that this Court extend the time for the Plaintiff to file a Reply to Defendant's Opposition by seven days (or three court days) from the current deadline of November 20, 2017 up to and including November 27, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

MORRIS LAW GROUP

By: /s/ ROBERT W. FREEMAN, JR.
   Noel E. Eidsmore (SBN 7688)
   Robert W. Freeman, Jr. (SBN3062)
   6385 South Rainbow Blvd.
   Suite 600
   Las Vegas, NV 89118

By: /s/ AKKE LEVIN
   Akke Levin (SBN 9102)
   Ryan M. Lower (SBN 9108)
   411 E. Bonneville Ave.
   Suite 360
   Las Vegas, Nevada  89101

*Attorneys for Defendant*
*Bonnie Polley*

*Attorneys for Plaintiff*
*Abdul Howard*

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of November, 2017.

_____
U.S. MAGISTRATE JUDGE

2