# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BONNIE POLLEY, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-01458-APG-VCF<br>**ORDER** |

Before the Court are the Motion re: libel and slander (ECF No. 61) and Motion re: violation of HIPPA Act (ECF No. 63).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion re: libel and slander (ECF No. 61) and Motion re: violation of HIPPA Act (ECF No. 63) is scheduled for 1:00 PM, January 3, 2018, in Courtroom 3D.

DATED this 1st day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE