UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABDUL HOWARD,<br><br>        Plaintiff,<br><br>v.<br><br>BONNIE POLLEY, *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-01458-APG-VCF<br><br>**ORDER GRANTING MOTION FOR HEARING**<br><br>(ECF No. 92) |

      I previously granted in part plaintiff Abdul Howard's motion for default judgment against defendant Peggy Martinez. ECF No. 27. I granted judgment as to liability, but deferred entering judgment until I had a hearing at which Mr. Howard could prove up his damages and appropriate relief. Mr. Howard now moves for a hearing on his motion for default judgment.

      IT IS HEREBY ORDERED that Mr. Howard's motion **(ECF No. 92) is GRANTED**. I will conduct a prove-up hearing on **Friday, May 4, 2018 at 9:00 a.m.** in Courtroom 6C of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. I will enter a separate order directing the warden of the Clark County Detention Center to arrange for Mr. Howard to be transported to this courthouse for that hearing. Counsel for Mr. Howard shall coordinate service of that Order and confirm arrangements have been made for his attendance.

      DATED this day of April, 2018.

                                                          ANDREW P. GORDON<br>                                                          UNITED STATES DISTRICT JUDGE