UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BONNIE POLLEY, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01458-APG-VCF<br><br>**ORDER** |

To: Delene Fennel, Nevada Department of Corrections;

To: Warden of Clark County Detention Center, Las Vegas, Nevada; and

To: United States Marshal for the District of Nevada and any other United States Marshal

It is my understanding that **Abdul Howard, #1896061**, is presently in custody of the Clark County Detention Center, located at 330 South Casino Center, Las Vegas, Nevada. Mr. Howard's presence is needed in the federal courthouse in connection with a civil case he filed.

IT IS HEREBY ORDERED that the Warden of the Clark County Detention Center or his designee shall transport and produce **Abdul Howard, #1896061**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, in Courtroom 6C, on **May 4, 2018, at 9:00 a.m.**, to attend a hearing in this case, and arrange for his appearance on that date until he is discharged by this court. Thereafter, Mr. Howard shall be returned to the custody of the Warden of the Clark County Detention Center.

DATED this 10th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE