ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
*Peggy E. Martinez*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BONNIE POLLEY, CLARK COUNTY DETENTION CENTER, SHERIFF LOMBARDO, ET AL., (JOHN DOE) # M4707A, PEGGY E. MARTINEZ # FSD ARH 002, THE STATE OF NEVADA<br><br>　　　　Defendants. | CASE NO. 2:15-cv-1458-APG-VCF<br><br>**STIPULATION AND ORDER :**<br>**(1)　TO SET ASIDE THE DEFAULT JUDGMENT IN A CIVIL CASE [ECF 104] OF DEFENDANT PEGGY E. MARTINEZ; AND**<br>**(2)　FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST PEGGY MARTINEZ** |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff Abdul Howard and Defendant Peggy E. Martinez, by and through their undersigned counsel of record, as follows:

　　　　1.　　That the DEFAULT JUDGMENT IN A CIVIL CASE entered by the Court on May 23, 2018 as to Defendant Peggy E. Martinez (ECF 104) may be and shall hereby be set aside; and

…

…

…

…

…

…

…

4822-8915-8769.1

2. That all of Plaintiff Abdul Howard's claims and causes of action that were or could be asserted against Defendant Peggy Martinez in this case shall be dismissed, with prejudice, with each party to bear his or her own attorney's fees and costs.

DATED this 19th day of September, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Peggy E. Martinez*

DATED this 19th day of September, 2018.

MORRIS LAW GROUP

*/s/ Akke Levin*
Akke Levin, Esq.
Nevada Bar No. 9102
Ryan M. Lower, Esq.
Nevada Bar No. 9108
411 E. Bonneville Avenue
Suit 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 19, 2018.

4822-8915-8769.1

2