# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

ABDUL HOWARD,

    Plaintiff,

v.

BONNIE POLLEY, *et al.*,

    Defendants.

Case No. 2:15-cv-01458-APG-VCF

**ORDER TO PRODUCE ABDUL HOWARD FOR HEARING**

**TO: LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

Plaintiff **ABDUL HOWARD, #1896061,** is presently in custody at the Clark County Detention Center, located Las Vegas, Nevada. His attendance is needed in federal court for this case.

IT IS ORDERED that the Las Vegas Metropolitan Police Department, or designee, shall transport and produce ABDUL HOWARD, #1896061, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, Courtroom 6C, Las Vegas, Nevada, on **Monday, March 11, 2019, at the hour of 10:00 a.m.**, to attend the hearing in this case, and arrange for his appearance on that date until he is released and discharged by this Court; and that he shall thereafter be returned to the custody of the Clark County Detention Center, Las Vegas, NV, under safe and secure conduct.

DATED this 5th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE